**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-6320

_____

NAPOLEON GOODSON, IV,

                                    Petitioner - Appellant,

        versus

J. V. SMITH, Warden; UNITED STATES OF AMERICA,

                                    Respondents - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Margaret B. Seymour, District Judge. (CA-02-2488-0)

_____

Submitted:  May 15, 2003              Decided:  May 22, 2003

_____

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Napoleon Goodson, IV, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Napoleon Goodson, IV, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000) and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Goodson v. Smith, No. CA-02-2488-0 (D.S.C. Dec. 26, 2002 and Jan. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED